IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

BG PETROLEUM, LLC

    Debtor.

Case No.: 13-70334-JAD
Chapter 7

THE ESTATE OF BG PETROLEUM, BY AND THROUGH CHAPER 7 TRUSTEE, LISA SWOPE, AND TIMCO, LTD.,

    *Plaintiffs,*

    v.

BG PETROLEUM, LLC, *et al.*

    *Defendants*.

Adversary No.: 19-07014-JAD

**NOTICE OF APPEAL**

Plaintiffs, The Estate of BG Petroleum, by and through Chapter 7 Trustee, Lisa Swope, and Timco, Ltd., hereby notice their appeal of the Order (D.E. 406), entered February 22, 2002, denying Plaintiffs' motion for leave to file their proposed Fifth Amended Complaint and dismissing with prejudice Plaintiffs' claims against Defendant, Community State Bank of Orbisonia, in this Adversary Proceeding.

**Part 1: Identify the appellant(s)**

1.    Appellants are The Estate of BG Petroleum, by and through Chapter 7 Trustee, Lisa Swope, and Timco, Ltd.

2.      Appellants are Plaintiffs in the Adversary Proceeding that is the subject of this appeal.

**Part 2: Identify the subject of this appeal**

Plaintiffs appeal from the Order Denying the Plaintiffs' Motion for Leave to File Fifth Amended Adversary Complaint (D.E. 406), entered February 22, 2022, denying Plaintiffs' motion for leave to file their proposed Fifth Amended Complaint and dismissing with prejudice Plaintiffs' claims against Defendant, Community State Bank of Orbisonia, in this Adversary Proceeding.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| Party | Counsel |
|---|---|
| The Estate of BG Petroleum, by and through Chapter 7 Trustee, Lisa Swope | Matthew M. Herron<br>**HERRON BUSINESS LAW**<br>607 College Street, Suite 101<br>Pittsburgh, PA 15232<br>mmh@herronbiz.com<br>Phone: (412) 395-6001<br><br>Mitchell J. Rotbert<br>**ROTBERT BUSINESS LAW P.C.**<br>9059 Shady Grove Court<br>Gaithersburg, Maryland 20877<br>mitch@rotbertlaw.com<br>Phone: (240) 477-4778 |

2

13

| Party | Counsel |
|---|---|
| Timco, Ltd. | Matthew M. Herron<br>**HERRON BUSINESS LAW**<br>607 College Street, Suite 101<br>Pittsburgh, PA 15232<br>mmh@herronbiz.com<br>Phone: (412) 395-6001<br><br>Mitchell J. Rotbert<br>**ROTBERT BUSINESS LAW P.C.**<br>9059 Shady Grove Court<br>Gaithersburg, Maryland 20877<br>mitch@rotbertlaw.com<br>Phone: (240) 477-4778 |
| Community State Bank of Orbisonia | Lindsey E. Snavely<br>Kate Deringer Sallie<br>**PILLAR AUGHT LLC**<br>4201 E. Park Circle<br>Harrisburg, PA 17111<br>lsnavely@pillaraught.com<br>ksallie@pillaraught.com<br>Phone: (717) 308-9910 |

**Part 4: Not applicable**

RESPECTFULLY SUBMITTED,

Date: March 7, 2022

/s/ Matthew M. Herron
Matthew M. Herron, Esq.
PA ID No. 88927
HERRON BUSINESS LAW
607 College Street, Suite 101
Pittsburgh, PA 15232
mmh@herronbiz.com
ATTORNEY FOR
PLAINTIFFS/MOVANTS

Date: March 7, 2022  /s/ Mitchell J. Rotbert
Mitchell J. Rotbert, Esq.
MD ID No. 9507250001
ROTBERT BUSINESS LAW, P.C.
8937 Shady Grove Court
Gaithersburg, MD 20877
mitch@rotbertlaw.com
ATTORNEY FOR
PLAINTIFFS/MOVANTS